# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN P. CASALE and | : | |
| JAMES F. CASALE, t/a | : | CIVIL ACTION |
| THE KNIT WITH, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-460 |
| AURORA YARNS, FREDERIKKA | : | |
| THEODORA PAYNE, and DONNA | : | |
| McGRANAHAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of *April*, 2010, upon consideration of the Motion of Plaintiffs Dawn and James Casale for Remand (Docket No. 10), the Response of Defendant Donna McGranaghan (Docket No. 11), and the Response of Defendants Frederrika Payne and Aurora Yarns (Docket No. 12), it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk of Court is directed to remand this matter to the Pennsylvania Court of Common Pleas for Philadelphia County.

It is so **ORDERED**.

                                                               BY THE COURT:

                                                              *s/ Ronald L. Buckwalter*
                                                               RONALD L. BUCKWALTER, S.J.